IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

ROMAN KUCHER

**JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT**

Case Number CR 08-404-3

JOHN A. BACHARACH, ESQUIRE
Defendant's Attorney

THE DEFENDANT:
 X    pleaded guilty to count 1 & 3.
____  was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §371 | Conspiracy | 1998-2006 | 1 |
| 18 U.S.C. §1956(h) | Conspiracy to Launder Monetary Instruments | 1998-2006 | 3 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____  The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
____  Count(s) _ (is) (are) dismissed on the motion of the United States.
____  The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
 x    It is ordered that the defendant shall pay to the United States a special assessment of $200.00, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

NOT ASSIGNED
Defendant's USM No.

February 18, 2011
Date of Imposition of Sentence

_____
Signature of Judicial Officer
Terrence F. McVerry/United States District Judge

February 18, 2011
Date

Defendant: ROMAN KUCHER  Judgment--Page 2 of 5
Case Number: CR 08-404-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty-three (33) months at Counts 1 & 3, such terms to be served concurrently.

_X_  The Court makes the following recommendations to the Bureau of Prisons:

Defendant be afforded the opportunity to have substance and alcohol abuse treatment.

Defendant be afforded the opportunity to attend vocational and educational training program(s) to assist in maintaining gainful employment.

Defendant serve this sentence of imprisonment in a federal correctional facility near Cleveland, Ohio, where his family resides.

___  The defendant is remanded to the custody of the United States Marshal.

_X_  If the defendant has not been notified by the Bureau of Prisons or the United States Marshal as to when and where to commence service of his sentence by Tuesday, April 19, 2011 at 12:00 p.m, he shall report by 12:00 p.m. that day to the United States Marshal for this district.

___  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

　　__ before 2 p.m. on _.
　　__ as notified by the United States Marshal.
　　__ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

_____ at _____,

with a certified copy of this Judgment.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　Deputy Marshal

Defendant: ROMAN KUCHER                              Judgment--Page 3 of 5
Case Number: CR 08-404-3

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years at each Counts 1 & 3, such terms to run concurrently.

While on supervised release, the defendant shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

_X_  The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

___  The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

_X_  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

_X_  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

___  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

___  The defendant shall participate in an approved program for domestic violence.

_X_  Additional conditions:

The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation office, until such time as te defendant is released from the program by the probation office. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation office but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 16 days after being placed on supervision and at least two periodic tests thereafter.

Defendant shall participate in an alcohol aftercare treatment program approved by the probation office, which may include urine testing, until released from the program by the Court.

Defendant is prohibited from consuming alcohol.

The defendant shall not purchases, posses or consume alcohol.

For offenses committed on or after September 13, 1994:

_X_       The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

___       The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

Defendant: ROMAN KUCHER  
Case Number: CR 08-404-3  
Judgment--Page 4 of 5

## STANDARD CONDITIONS OF SUPERVISION

### While the defendant is on probation or supervised release pursuant to this Judgment:

1) the defendant shall not commit another Federal state or local crime;

2) the defendant shall not leave the judicial district without the permission of the court or probation officer;

3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) the defendant shall support his or her dependents and meet other family responsibilities;

6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling training or other acceptable reasons;

7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) the defendant shall refrain from excessive use of alcohol and shall not purchase possess use distribute or administer any narcotic or other controlled substance or any paraphernalia related to such substances except as prescribed by a physician;

9) the defendant shall not frequent places where controlled substances are illegally sold used distributed or administered;

10) the defendant shall not associate with any persons engaged in and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer; criminal activity

11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) as directed by the probation officer the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history of characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

### These conditions are in addition to any other conditions imposed by this Judgment.

Upon finding of a violation of probation or supervised release I understand that the Court may (1) revoke supervision (2) extend the term of supervision and/or (3) modify the conditions of supervision.

All of the conditions listed in this order have been read to me. I fully understand the conditions and have been provided a copy of them.

_____  
(Signature)

_____  
(Date)

_____  
U.S. Probation Officer/Designated Witness

_____  
(Date)

# RESTITUTION, FORFEITURE, OR
# OTHER PROVISIONS OF THE JUDGMENT

___ The defendant shall make restitution to the following persons in the following amounts:

**Name of Payee**                            **Amount of Restitution**

Payments of restitution are to be made to:

___ the United States Attorney for transfer to the payee(s).

___ Clerk, U. S. District Court, for transfer to the payee.

Restitution shall be paid:

___ in full immediately.

___ in full no later than _.

___ in equal monthly installments over a period of _ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

___ in installments according to the following schedule of payments:

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f) and may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## FORFEITURE

_X_ The defendant is ordered to forfeit currency in the following bank accounts to the United States:

| Account No. | Name of Bank | Amount |
|---|---|---|
| *****0983 | Midwest Best Inc. @ National City Bank 116 Allegheny Center Mall Pittsburgh, PA 15212 | $6.00 |
| *****0773 | Roman Kucher, d/b/a Midwest Best, Inc. @ National City Bank 116 Allegheny Center Mall Pittsburgh, PA 15212 | $14,866.01 |
| *****1351 | Roman Kucher, @ National City Bank 116 Allegheny Center Mall Pittsburgh, PA 15212 | $128.74 |